UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 03-CR-395-TJH |
| Plaintiff, | ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL IN CALIFORNIA (#59) |
| v. | |
| JAMES D. GREEN, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant JAMES D. GREEN's Conditions of Supervised Release be modified to allow him to travel to Studio City, California during the period of November 27, 2008 through November 29, 2008.

IT IS SO ORDERED.

Dated: November 25, 2008

TERRY J. HATTER, JR.
United States District Judge